IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSEPH DOE, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 7:18-cv-00523 |
| VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, *et al.*, | ) ) By: Elizabeth K. Dillon )     United States District Judge |
|     Defendants. | ) ) |

**ORDER**

As the court stated on the record at the April 12, 2019 hearing, plaintiff's unopposed motion for leave to proceed under pseudonym (Dkt. No. 7) is GRANTED for substantially the same reasons as set forth in the court's opinions in two prior cases. (*See* No. 7:18-cv-170, Dkt. No. 30; No. 7:18-cv-320, Dkt. No. 30.) It is further ORDERED that throughout the entirety of this case, the parties shall:

- Use only the pseudonym "Joseph Doe" to refer to plaintiff;
- Use only the pseudonym "June Roe" to refer to the woman who accused plaintiff in the underlying disciplinary proceedings;
- Redact or move to file under seal all documents and exhibits that use the real names or other identifying information of plaintiff, June Roe, or the witnesses from the investigation; and
- Submit unredacted versions of documents and exhibits to chambers.

The clerk is directed to send copies of this order to all counsel of record.

Entered: April 15, 2019.

                                              /s/ *Elizabeth K. Dillon*
                                              Elizabeth K. Dillon
                                              United States District Judge